IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMIE MICHELLE REYNOLDS                                              PLAINTIFF

v.                                          Case No. 4:11-CV-04006

RON STOVALL, Individually and in his
Official Capacity as Sheriff of Miller County,
Arkansas                                                              DEFENDANT

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendant. (ECF No. 15). Plaintiff has filed a response. (ECF No. 20). Upon consideration, for the reasons set forth in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiff's claims brought under the Arkansas Constitution are **DISMISSED WITHOUT PREJUDICE**. All of Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, on this 10th day of April, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge