AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| JAMIE MICHELLE REREYNOLDS <br> *Plaintiff* <br> v. <br> RON STOVALL <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 11-CV-4006 <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Jury Verdict - 1. On the minimum wage claim of plaintiff Jamie Reynolds against defendant Ron Stovall, we find in favor of : Ron Stovall; 2. On the overtime claim of plaintiff Jamie Reynolds against defendant Ron Stovall, we find in favor of Ron Stovall.

This action was *(check one)*:

☑ tried by a jury with Judge Susan O. Hickey presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 04/24/2012

*CLERK OF COURT*

/s/ Charlotte Powell
*Signature of Clerk or Deputy Clerk*