AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| JAMIE MICHELLE REYNOLDS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 11-CV-4006 |
| RON STOVALL | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Jury Verdict - 1. On the minimum wage claim of plaintiff Jamie Reynolds against defendant Ron Stovall, we find in favor of : Ron Stovall; 2. On the overtime claim of plaintiff Jamie Reynolds against defendant Ron Stovall, we find in favor of Ron Stovall.

This action was *(check one)*:

☑ tried by a jury with Judge  Susan O. Hickey  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  04/24/2012

*CLERK OF COURT*

/s/ Charlotte Powell
*Signature of Clerk or Deputy Clerk*